RECEIVED

JAN - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IBERIABANK | CIVIL ACTION NO. 6:14-CV-2448 |
| v. | JUDGE DOHERTY |
| DARRYL R. BROUSSARD, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the motion for partial summary judgment [Doc. 59],

submitted by Iberiabank, shall be and is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _____5_____ day of January, 2016.


REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE