RECEIVED

JAN 20 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IberiaBank | Civil Action No. 6:14-02448 |
| versus | Judge Rebecca F. Doherty |
| Broussard, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant, Darryl R. Broussard's, Motion To Dismiss Unfair Competition And Trade Practices Claim of IberiaBank, [Rec. Doc. 56] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 20 day of January, 2016.

Rebecca F. Doherty
United States District Judge