RECEIVED
SEP 3 0 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IBERIABANK | CIVIL ACTION NO. 6:14-CV-2448 |
| v. | JUDGE DOHERTY |
| DARRYL R. BROUSSARD, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the motion for partial summary judgment [Doc. 112] filed by defendant/counter-plaintiff Darryl R. Broussard is GRANTED IN PART and DENIED IN PART. The motion is granted to the extent it seeks a judgment awarding Broussard attorneys' fees for controversies or claims arising out of the CCSA, however, limited only to those **incurred while this matter was in arbitration**; the motion is denied in all other aspects.

IT IS FURTHER ORDERED that the motion for summary judgment [Doc. 114] filed by IBERIABANK is GRANTED IN PART and DENIED IN PART. The motion is denied to the extent it seeks a judgment dismissing all of Broussard's claim for attorneys' fees for controversies or claims arising out of the CCSA, specifically noting the motion would include those incurred during arbitration; the motion is granted in all other aspects.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 30 day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE